# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| MOHAMED OMAR MOHAMED AHMED, <br><br> *Petitioner*, <br><br> v. <br><br> WARDEN, IN HIS OR HER OFFICIAL CAPACITY AS WARDEN OF THE ERO EL PASO CAMP EAST MONTANA DETENTION CENTER; MARY DE ANDA-YBARRA, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF THE ICE EL PASO FIELD OFFICE OF ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; and PAMELA JO BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, <br><br> *Respondents*. | No. 3:26-CV-00108-LS |

## ORDER DISMISSING CASE

Upon consideration of Petitioner Mohamed Omar Mohamed Ahmed's notice of voluntary dismissal,[1] the Court dismisses this action without prejudice.

---

[1] ECF No. 5.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 13, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**